| | | |
|---|---|---|
| **JOSEPH WAGUESPACK** | * | **NO. 2022-CA-0270** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **NEW ORLEANS POLICE DEPARTMENT** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

\* \* \* \* \* \* \*

*JCL*     **LOBRANO, J., CONCURS IN THE RESULT**